1  Sengthiene Bosavanh, Esq. #249801
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800
4
5  Attorney for Plaintiff
6
7
8
9              IN THE UNITED STATES DISTRICT COURT FOR
10                THE EASTERN DISTRICT OF CALIFORNIA
11
12
13 SALVADOR SANDOVAL    )
                        )        1:07-CV-780 OWW DLB
14                      )
         Plaintiff,     )        STIPULATION AND ORDER
15                      )
   vs.                  )
16                      )
   Commissioner of Social )
17 Security,            )
                        )
18       Defendant.     )
   _____)
19

20     IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be

21 granted a 30 day extension of time, until January 18, 2008, in which to serve Plaintiff's

22 Confidential brief.  All remaining actions under the scheduling order filed, May 29, 2007, shall

23 proceed under the time limit guidelines set therein.

24 / /

25 / /

26 / /

27 / /

28

1  Dated:  December 22, 2007        /s/ Sengthiene Bosavanh

2                                                                SENGTHIENE BOSAVANH, ESQ.
                                                                     Attorney for Plaintiff.
3

4  Dated: December 27, 2007          MCGREGOR SCOTT
                                                                    United States Attorney
5
                                                                    By: /s/ Elizabeth Firer
6                                                                  (as authorized via facsimile/e-mail)
                                                                    ELIZABETH FIRER
7                                                                  Assistant Regional Counsel

8

9

10

     IT IS SO ORDERED.
11
   **Dated:   January 10, 2008**            **/s/ Dennis L. Beck**
12                                                              UNITED STATES MAGISTRATE JUDGE