IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SALVADOR SANDOVAL, | ) | 1:07cv0780 OWW DLB |
| | ) | |
| | ) | ORDER DISMISSING ACTION |
| vs. | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' stipulation filed on May 7, 2008, this action is DISMISSED. Each party shall bear its own costs.

IT IS SO ORDERED.

**Dated:   May 28, 2008**                            **/s/ Oliver W. Wanger**
                                                                   UNITED STATES DISTRICT JUDGE

1